UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Communications Workers of America (CWA) and CWA Local 7250 as the duly chartered local of CWA,

Plaintiffs,

v.

AT & T Corporation,

Defendant.

Civil File No. 00-1531(MJD/SRN)

NOTICE OF HEARING

---

Oral argument for Plaintiff's Motion to Remand is scheduled for Thursday, October 19, 2000 at 9:00 a.m. before Judge Michael J. Davis in Courtroom 14 East of the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: August 18, 2000

FRANCIS E. DOSAL
Clerk of U.S. District Court

Angela Chianelli
Angela Chianelli, Deputy Clerk
(612) 664-5073

AUG 22 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK