UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Communication Workers of America, et. al.,

Plaintiffs,

v.

AT&T Corporation,

Defendant.

Civil File No. C0-1531 (MJD/SRN)

AMENDED NOTICE OF HEARING

---

Oral Argument on the Plaintiff's Motion to Remand is rescheduled for Friday, December 1, 2000 at 9:00 am before Judge Michael J. Davis in Courtroom 14 East of the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: October 3, 2000

FRANCIS E. DOSAL
Clerk of U.S. District Court

Angela Chianelli, Deputy Clerk
(612) 664-5073

FILED OCT 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK