**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Communication Workers of America (CWA) and CWA Local 7250 as the duly chartered local of CWA,**

**Plaintiffs,**

**v.**

**AT&T Corporation,**

**Defendant.**

**Civil No. 00-1531 (MJD/SRN)**

**ORDER**

---

Gregg M. Corwin, Esq., and Jennifer Duchscherer, Esq., on behalf of Plaintiffs.

Barbara D'Aquila, Esq., on behalf of Defendant.

---

SUSAN RICHARD NESLON, United States Magistrate Judge

The above-entitled matter was heard by the undersigned United States Magistrate Judge on February 12, 2001, on Defendant's Motion to Stay Discovery (Docket No. 21). In a letter dated February 15, 2001, Plaintiffs notified the Court that they do not object to Defendant's Motion to Stay Discovery.

**THEREFORE, IT IS HEREBY ORDERED that:**

Defendant's Motion to Stay Discovery (Doc. No. 21) is **GRANTED**.

Dated: February 16, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED FEB 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK