UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Communications Workers of America (CWA) and CWA Local 7200 and 7250 as the duly chartered locals of CWA,

Plaintiffs,

v.

AT & T Corporation,

Defendant.

Case File No. 00-1531 MJD/SRN

STIPULATED ORDER
FOR AMENDED COMPLAINT

---

The Court, upon the attached stipulation of Counsel for the above captioned parties hereby orders that the Complaint for this matter be and hereby is amended to add Communication Workers of America, Local 7200 as a named party.

Dated this 12th day of March, 2001.

Susan Richard Nelson
Magistrate Judge of the District Court



FILED MAR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| COMMUNICATIONS WORKERS OF AMERICA (CWA) and CWA LOCAL 7250 as the duly chartered local of CWA, | § | Case File No. 00-1531 MJD/SRN |
| Plaintiffs, | § | |
| v. | § | **STIPULATION FOR AMENDMENT OF COMPLAINT** |
| AT&T CORPORATION, | § | |
| Defendant. | § | |

The parties to the above captioned matter, through their respective attorneys, hereby stipulate and agree that the Complaint dated May 23, 2000 be amended to add Communication Workers of America, Local 7200 as a named party. Plaintiffs request and Defendant stipulates to this change.

Dated: March 5, 2001

Respectfully submitted,

AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.

By: ______________________

John V. Jansonius (admitted pro hac vice)
Minn. State Bar No. 013479X
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4675
Telephone: (214) 969-2800
Telecopier: (214) 969-4343

ATTORNEYS FOR DEFENDANT
AT&T CORPORATION

MAR 12 2001
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

GREGG M. CORWIN & ASSOCIATES

By: ______________________

Gregg M. Corwin
Minn. State Bar No. 19033
Jennifer J. Duchscherer
Minn. State Bar No. 302764
508 East Parkdale Plaza Building
1660 South Highway 100
St. Louis Park, Minnesota 55416
Telephone: (952) 544-7774
Telecopier: (952) 544-7151

ATTORNEYS FOR PLAINTIFFS COMMUNICATIONS WORKERS OF AMERICA (CWA) and CWA LOCAL 7250