# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Communications Workers of America
and CWA 7250 as the duly
chartered local of CWA,

Case No. Civil 00-1531 MJD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

AT&T Corporation

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED.**

DATE: December 12, 2001

RICHARD D. SLETTEN, CLERK

E Knoblauch

E. Knoblauch, Deputy Clerk

46